IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| BETSY DEVOS, SECRETARY, UNITED STATES DEPARTMENT OF EDUCATION, | : : : : | |
| Appellant, | : : | CIVIL ACTION NO. 17-3064 |
| v. | : : : | Bankruptcy No. 15-17645ELF |
| KRISTIN M. PRICE, | : : | Adv. No. 16-11 |
| Appellee. | : | |

## ORDER

**AND NOW**, this 24th day of January, 2018, after considering the notice of appeal filed by the appellant, Betsy Devos, Secretary, United States Department of Education, from the June 23, 2017 order of Chief Judge Eric L. Frank, which determined that appellee's student loans are dischargeable; and after considering the appellant's brief (Doc. No. 8), the appellee's brief (Doc. No. 10), the applicable bankruptcy court record, and after hearing oral argument on December 6, 2017; and for the reasons set forth in the separately-filed memorandum opinion, it is hereby **ORDERED** as follows:

1. The June 23, 2017 order of Chief Judge Eric L. Frank is **REVERSED**;

2. This case is **REMANDED** for proceedings consistent with the accompanying opinion; and

3. The clerk of court shall mark this case as **CLOSED**.

BY THE COURT:


/s/ *Edward G. Smith*
EDWARD G. SMITH, J.